# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Jason Alan Johnson, Petitioner.

Appellate Case No. 2014-002097

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From York County
Lee S. Alford, Circuit Court Judge

---

Opinion No. 27591
Heard October 20, 2015 – Filed November 18, 2015

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender David Alexander, of Columbia, for
Petitioner.

Attorney General Alan Wilson and Assistant Attorney
General William M. Blitch, Jr., both of Columbia, and
Solicitor Kevin S. Brackett, of York, for Respondent.

---

**PER CURIAM:**   We granted a writ of certiorari to review the court of appeals'
decision in *State v. Johnson*, 410 S.C. 10, 763 S.E.2d 36 (Ct. App. 2014).  We now
dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**TOAL, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**